IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No.  14-cr-00336-RM-7

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EUGENE MEDINA,

        Defendant.

---

**ORDER OF FORFEITURE OF BAIL**

---

The Court having reviewed the Government's Motion for Forfeiture of Bail (ECF No. 309), does hereby declare the $1,000.00 unsecured bond of defendant Eugene Medina forfeited.

IT IS SO ORDERED.

DATED this 6th day of July, 2015.

        BY THE COURT:

        _____
        RAYMOND P. MOORE
        United States District Judge